# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3725

_____

United States of America,

*Plaintiff - Appellee*,

v.

James Ricky Glasgow,

*Defendant - Appellant*.

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: May 23, 2014
Filed: June 5, 2014
[Unpublished]

_____

Before BYE, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

James Glasgow directly appeals the sentence that the district court[1] imposed upon revoking his probation. For reversal, he argues that the sentence is

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

substantively unreasonable. Upon careful review, we conclude that the sentence--which is well within statutory limits, and is also within the Chapter 7 advisory Guidelines range applicable to revocation sentences--is not unreasonable. See United States v. Tyson, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (revocation sentences are reviewed for unreasonableness in accordance with United States v. Booker, 543 U.S. 220 (2005)). Accordingly, we affirm the judgment of the district court. We also grant counsel's motion for leave to withdraw.

_____